# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FINNICK MASON SANTIAGO<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO[1],<br>Commissioner of Social Security<br><br>    Defendant. | Case No. 2:24-cv-04963-PVC<br><br>ORDER FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. §§ 2412(d), 1920<br><br>Judge: Honorable Pedro V. Castillo |

Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act (EAJA) 28 U.S.C. §§ 2412(d), 1920, IT IS ORDERED that attorney fees in the amount of $7,500.00, and costs in the amount of $0.00, be paid to Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date: August 20, 2025

_____
Pedro V. Castillo
United States Magistrate Judge

---

[1] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Pursuant to FRCP Rule 25(d), Frank Bisignano should be substituted as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).